No. 21,242.

THE BREWSTER STATE BANK, *Appellee,* v. N. V. JOHNSON, *Appellant.*

OPINION DENYING A REHEARING.

Appeal from Thomas district court; CHARLES I. SPARKS, judge. Opinion denying a rehearing filed October 17, 1918. (For original opinion of reversal see ante, p. 300.)

*E. F. Murphy,* of Goodland, for the appellant.

*Asa M. Smith,* and *V. L. C. Smith,* both of Colby, for the appellee; *C. W. Smith,* of Stockton, of counsel.

The opinion of the court was delivered by

WEST, J.: The motion for a rehearing is denied, but, for the sake of accuracy, it should be stated that the reference in the syllabus and opinion to the answer and cross petition as verified, is wrong. That pleading was not verified.